**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MARK LEWIS,<br><br>        Plaintiff,<br><br>vs.<br><br>R&L CARRIERS, INC., *et al.*,<br><br>        Defendants. | 2:17-cv-02793-RFB-CWH<br><br>**ORDER SCHEDULING EARLY NEUTRAL<br>EVALUATION SESSION** |

PLEASE TAKE NOTICE that pursuant to the current Court-Based Early Neutral Evaluation ("ENE") Program in the District of Nevada as outlined in Local Rule 16-6, an ENE session has been scheduled to commence at **10:00 a.m., January 30, 2018, in the chambers of the undersigned U.S. Magistrate Judge, Cam Ferenbach, located on the third floor of the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Suite 3005, Las Vegas, Nevada 89101**.

Lead trial counsel, all parties appearing pro se, if any, and all individual parties must be present.

In the case of organizational or corporate parties, counsel shall arrange for a representative with binding authority to settle this matter up to the full amount of the claim to be present for the duration of the ENE session.

If any party is subject to coverage by an insurance carrier, then a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim must be present for the duration of the ENE session. This representative must be the adjuster primarily responsible for the claims or an officer with supervisory authority over the adjustor. Third party administrators do not qualify.

A request for an exception to the above attendance requirements must be submitted to the undersigned for approval at **least two weeks prior to the ENE session**. Counsel of record, individual

parties, and a fully authorized representative must appear in person unless the court enters an order granting a request for exception. Cost or inconveniences due to travel will ordinarily NOT be good cause for an exception.

## **PREPARATION FOR ENE SESSION**

In preparation for the ENE session, the attorneys for each party, and the parties appearing *pro se*, if any, must submit a confidential written evaluation statement for the Court's in camera review. The evaluation statement must be concise and must:

(A) Identify by name or status the person(s) with decision-making authority who, in addition to the attorney, will attend the early neutral evaluation session as representative(s) of the party, and persons connected with a party opponent (including an insurer representative) whose presence might substantially improve the utility of the early neutral evaluation session or the prospects of settlement;

(B) Describe briefly the substance of the suit, addressing the party's views on the key liability and damages issues;

(C) Address whether there are legal or factual issues whose early resolution would reduce significantly the scope of the dispute or contribute to settlement negotiations;

(D) Include copies of documents, pictures, recordings, etc. out of which the suit arose, or whose availability would materially advance the purposes of the evaluation session (e.g., medical reports, documents by which special damages might be determined);

(E) Discuss the strongest and weakest points of your case, both factual and legal, including a candid evaluation of the merits of your case;

(F) Estimate the costs (including attorney's fees and costs) of taking this case through trial;

(G) Describe the history of any settlement discussions and detail the demands and offers that have been made and the reason settlement discussions have been unsuccessful; and

(H) Certify that the party has <u>made initial disclosures</u> under Fed. R. Civ. P. 26(a)(1) and that the plaintiff has <u>provided a computation of damages</u> to the defendant under Fed. R. Civ. P. 26(a)(1)(A)(iii).

(I) The evaluation statement must be bound pursuant to LR IA 10-1, 10-2 and 10-3.

The written evaluation statements must be delivered directly to my chambers, U.S. Magistrate Judge Cam Ferenbach, in a sealed envelope-MARKED CONFIDENTIAL AND **DO NOT FILE**, not later than **4:00 p.m., January 23, 2018.** <u>**DO NOT MAIL THEM TO THE CLERK'S OFFICE. DO NOT SERVE A COPY ON OPPOSING COUNSEL.**</u>

The purpose of the evaluation statement is to assist the undersigned Magistrate Judge in preparing for and conducting the ENE session. In order to facilitate a meaningful session, your utmost candor in providing the requested information is required. **The written evaluation statements will not be seen by or shared with the district judge or magistrate judge to whom this case is assigned.** The evaluation statements will be seen by no one except the undersigned. Each statement will be securely maintained in my chambers, U.S. Magistrate Judge Cam Ferenbach (3rd Floor, 333 Las Vegas Boulevard South, Ste. 3005, Las Vegas, Nevada 89101), and will be destroyed following the session.

DATED this 4th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE