Paul Swenson Prior
Nevada Bar No. 9324
Karl O. Riley
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
        kriley@swlaw.com

Anthony C. White, *Admitted Pro Hac Vice*
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215-6101
Telephone: (614) 469-3200
Email: Anthony.White@ThompsonHine.com

*Attorneys for Defendants R&L Carriers, Inc. and*
*R&L Carriers Shared Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mark Lewis,<br><br>               Plaintiff,<br><br>    vs.<br><br>R&L CARRIERS, Inc., an Ohio Corporation<br>R&L CARRIERS SHARED SERVICES,<br>LLC, an Ohio Limited Liability Company,<br><br>             Defendants. | CASE NO. 2:17-cv-02793-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Second Request)** |

Plaintiff Mark Lewis and Defendants R&L Carriers, Inc. and R&L Carriers Shared Services, LLC, by and through their respective counsel (collectively, the "Parties"), for good cause shown, hereby stipulate and agree to extend all discovery deadlines in this matter by 60 days. This request complies with Local Rule ("LR") 6-1, 6-3, 7-1, and 26-4, and is based on good cause because the litigation of this matter will be best served by the proposed extension. This is the Parties' second extension request.

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## I.    GOOD CAUSE FOR EXTENSION TO COMPLETE DISCOVERY

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to allow the parties to coordinate depositions with Plaintiff's treating physicians.   Specifically, the parties have tried to coordinate dates to take the depositions of several of Plaintiff's treating physicians; however, the schedules are not compatible, until after the current August 29 discovery cut-off.   Accordingly, the parties jointly believe that good cause exists to extend the discovery deadlines for sixty (60) days.

## II.    DISCOVERY COMPLETED TO DATE

To date the Parties have completed the following discovery:

1.    Defendants served their initial disclosures on or about January 23, 2018.

2.    Defendants served written discovery to Plaintiff on February 8, 2018.

3.    Plaintiff served his responses to Defendants' written discovery on or about April 4, 2018.

4.    Plaintiff served his initial disclosures on or about April 4, 2018.

5.    Plaintiff served written discovery to Defendants on April 4, 2018.

6.    Defendants served their responses to Plaintiff's written discovery on May 4, 2018.

7.    Plaintiff's deposition was taken on April 24, 2018.

## III.    DISCOVERY TO BE COMPLETED

The parties anticipate service of additional interrogatories, requests for production of documents and things, requests for admission plus party and non-party depositions.

## IV.    PROPOSED NEW DEADLINES

| Deadline | Current | Proposed |
|---|---|---|
| Discovery cut-off | August 29, 2018 | October 29, 2018 |
| Amend pleadings/add parties | May 31, 2018 | July 30, 2018 |
| Interim Status Report | July 2, 2018 | August 31, 2018 |
| Expert witness disclosures | July 2, 2018 | August 31, 2018 |
| Rebuttal expert witness disclosures | July 30, 2018 | September 28, 2018 |
| Dispositive motions | October 1, 2018 | November 30, 2018 |
| Pre-Trial Order | October 30, 2018 | December 31, 2018 |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

In the event dispositive motions are filed, the date for filing the Joint Pre-Trial Order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.

## V. **CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court grant their request to continue the discovery deadlines detailed herein.

Dated: July 12, 2018

SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
Paul Swenson Prior, NV Bar No. 9324
Karl O. Riley, NV Bar No. 12077
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200

Anthony C. White, *Admitted Pro Hac Vice*
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215-6101
Telephone: (614) 469-3200

*Attorneys for Defendants R&L Carriers, Inc. and R&L Carriers Shared Services, LLC*

Dated: July 12, 2018

LAW OFFICES OF MICHAEL P. BALABAN

By: */s/ Michael P. Balaban*
Michael P. Balaban, NV Bar No. 9370
Law Offices of Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141
Telephone: (702) 586-2964

*Attorneys for Plaintiff Mark Lewis*

**ORDER**

IT IS ORDERED.

DATED July 16, 2018

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1

**CERTIFICATE OF SERVICE**

2      I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen

3   (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be

4   served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND**

5   **DISCOVERY DEADLINES (Second Request)** by the method indicated:

6   _____          U.S. Mail

7   _____          U.S. Certified Mail

8   _____          Facsimile Transmission

9   _____          Overnight Mail

10  _____          Federal Express

11  _____          Hand Delivery

12  _____X_____          Electronic Filing

13  _____          Electronic Mail

14

15  and addressed to the following:

16  Michael P. Balaban
    Law Offices of Michael P. Balaban
17  10726 Del Rudini Street
    Las Vegas, NV 89141
18  *Attorneys for Plaintiff Mark Lewis*

19          DATED July 12, 2018

20                                      */s/ Maricris Williams*
                                        An Employee of Snell & Wilmer L.L.P.
21

22  4843-5064-7405

23

24

25

26

27

28

- 4 -