Paul Swenson Prior
Nevada Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com

Anthony C. White, *Admitted Pro Hac Vice*
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215-6101
Telephone: (614) 469-3200
Email: Anthony.White@ThompsonHine.com

*Attorneys for Defendants R&L Carriers, Inc. and R&L Carriers Shared Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mark Lewis, | CASE NO. 2:17-cv-02793-RFB-CWH |
| Plaintiff, | |
| vs. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| R&L CARRIERS, Inc., an Ohio Corporation R&L CARRIERS SHARED SERVICES, LLC, an Ohio Limited Liability Company, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

NOTICE IS HEREBY GIVEN to the Court and parties that Karl O. Riley, Esq. is no longer employed by Snell & Wilmer L.L.P., no longer associated with this matter, and should be removed from the list of counsel of record in this case.

DATED September 5, 2018.

        SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
    Paul Swenson Prior, NV Bar No. 9324
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, Nevada 89169
    Telephone: (702) 784-5200

Anthony C. White, *Admitted Pro Hac Vice*
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215-6101
Telephone: (614) 469-3200

*Attorneys for Defendants R&L Carriers, Inc. and R&L Carriers Shared Services, LLC*

IT IS SO ORDERED.

DATED: September 6, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

- 2 -

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
|    X    | Electronic Filing |
| _____ | Electronic Mail |

and addressed to the following:

Michael P. Balaban
Law Offices of Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorneys for Plaintiff Mark Lewis*

DATED September 5, 2018

                                                */s/ Maricris Williams*
                                                An Employee of Snell & Wilmer L.L.P.

4816-8491-7873